IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| GEORGE BENSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 10-0257-CV-W-ODS |
| ) | |
| CARDINAL HEALTH 110 INC., ) | |
| ) | |
| Defendant. ) | |

ORDER DIRECTING PARTIES TO FILE AMENDED JOINT PROPOSED
SCHEDULING ORDER

During the teleconference held October 13, 2010, the parties indicated they would be filing an amended joint proposed scheduling order. The parties shall file their amended proposed order on or before November 10, 2010.
IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, JUDGE
DATE: November 3, 2010    UNITED STATES DISTRICT COURT